# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Andrea M. Johnson, | **COURT MINUTES** |
| William W. Hanby, | BEFORE: Susan Richard Nelson |
| Robby D. Jacobson, | U.S. Magistrate Judge |
| Plaintiff(s), | |
| v. | Case No:  CV-03-4553 DSD/SRN |
| | Date:  March 9, 2004 |
| Wayzata Nissan LLC, | Court Reporter: |
| Christopher Ochtera, | Tape Number: |
| | Time Commenced:  9:30 a.m. |
| Defendant(s). | Time Concluded:  4:15 p.m. |
| | Time in Court:  6 Hours & 45 Minutes |

APPEARANCES:

Plaintiff(s):   Thomas J. Lyons, Sr., Thomas J. Lyons, Jr.  for Andrea M. Johnson
Thomas J. Lyons, Sr., Thomas J. Lyons, Jr.  for William W. Hanby
Thomas J. Lyons, Sr., Thomas J. Lyons, Jr.  for Robby D. Jacobson

Defendant(s):   Thomas Propson and Miguelo Azar for Wayzata Nissan LLC

Interpreter / Language:  /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**    ☐ COURT      ☐ PLAINTIFF      ☐ DEFENDANT
*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TILES)*

Settlement Conference.   Matter Settled.

Pl's Motion to Amend Complaint to Plead Punitive Damages [Doc. No. 37].

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED     ☐ NO ORDER TO BE ISSUED     ☐ R&R TO BE ISSUED     ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court      ☐ Exhibits returned to counsel

March 10, 2004

   s/ Beverly Riches
Judicial Assistant